### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,** | |
| Plaintiff, | Case No. 2:14-cv-405 |
| v. | **CONSOLIDATED CASE** |
| **BARNEYS NEW YORK, INC.,** | |
| Defendant. | |
| **EDEKKA LLC,** | |
| Plaintiff, | Case No. 2:14-cv-475 |
| v. | **PATENT CASE** |
| **POTPOURRI GROUP INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

### ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF EDEKKA LLC AND DEFENDANT POTPOURRI GROUP INC.

On this day the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff eDekka LLC ("eDekka") and Defendant Potpourri Group Inc. ("Potpourri Group"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by eDekka against Potpourri Group are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

So Ordered and Signed on this

**Nov 6, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE